**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ ___1ap___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Duane & Ofelia Vaiani                CASE NO.: 11-_____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.   $ 168.00 for months 1 to 60 ; in order to pay the following creditors:

Administrative:     Total Fees : $ 4425.00
                    Attorney's Fee - $ 3500 + $150 = $3650  TOTAL PAID $ 1500.00
                    Motion to Strip $750.00 + 25.00 = 775.00
                    Balance Due   $ 2925.00  payable $ 139.29 /month (Months 1 to 21 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Citibank NA 1768 (2nd Mortg) | homestead 148,000 | 0 | 0 | 0 | 0 |

Priority Creditors: [as defined in 11 U.S.C. §507]

Unsecured Creditors: Pay $ 13.44 /month (Months 1 to 21 ) and pay $ 151.20/month (Months 22 to 60 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor to pay and deal directly with EMC Mortg. -9371 (home), and Regency Club Community Assn. -4431.

The Debtor shall provide yearly tax returns to the Trustee no later than May 15 during the pendency of the case. If there is a meaningful increase in income or tax refund, the Debtor shall increase payments to unsecured creditors over and above the payments provided through the plan up to 100% of the allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Duane Vaiani_                            _/s/ Ofelia Vaiani_
Debtor                                        Joint Debtor
Date: 2/25/11                                 Date: 2/25/11

LF-31 (rev. 06/02/08)